From our review of the record, we conclude, however, that the determination that defendant proved by clear and convincing evidence that plaintiffs made false and fraudulent statements on the sworn proofs of loss concerning the value of their property damage is against the weight of the evidence (*see, Cohen v Hallmark Cards,* 45 NY2d 493, 498-499). Defendant offered no expert testimony or direct proof in support of that affirmative defense but relied exclusively on the testimony of plaintiffs and their witnesses on cross-examination. Because the verdict does not fairly reflect the evidence, a new trial on that issue is required (*see, Cohen v Hallmark Cards, supra,* at 498). A new trial is also granted on the issues that the jury did not reach in the first trial.

There is no merit to the contentions that plaintiff 10 Park Square Associates, Inc. (Associates), was entitled to recover the replacement cost of the structure, or that the court erred in dismissing the loss of rental claim of Associates. (Appeal from Judgment of Supreme Court, Erie County, Griffith, J.—Misrepresentation.) Present—Pine, J. P., Lawton, Hayes, Callahan and Boehm, JJ.

■ 10 PARK SQUARE ASSOCIATES, INC., Appellant, v THE TRAVELERS (THE TRAVELERS INSURANCE COMPANIES), Respondent. PARK SQUARE INN, LTD., Appellant, v THE TRAVELERS (THE TRAVELERS INSURANCE COMPANIES), Respondent. (Appeal No. 2.) [668 NYS2d 110] —Appeals unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.,* 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeals from Order of Supreme Court, Erie County, Griffith, J.—Set Aside Verdict.) Present—Pine, J. P., Lawton, Hayes, Callahan and Boehm, JJ.

■ 10 PARK SQUARE ASSOCIATES, INC., Appellant, v THE TRAVELERS (THE TRAVELERS INSURANCE COMPANIES), Respondent. PARK SQUARE INN., LTD., Appellant, v THE TRAVELERS (THE TRAVELERS INSURANCE COMPANIES), Respondent. (Appeal No. 3.) [667 NYS2d 960] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.,* 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Griffith, J.—Set Aside Verdict.) Present—Pine, J. P., Lawton, Hayes, Callahan and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOMAINE VOLIOUS, Appellant. [668 NYS2d 123] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him of assault in the second degree (Penal Law § 120.05 [2]) and criminal possession of a weapon in the third degree (Penal Law § 265.02 [4]). We reject the